UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JESSICA VANBERG,<br><br>       Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>       Defendant. | Case No. CV-21-099-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in accordance with the Court's order dated 3/9/2023, Doc. 11, the Commissioner's decision is AFFIRMED, and this case is DISMISSED.

   Dated this 9th day of March, 2023.

                          TYLER P. GILMAN, CLERK

                          By: /s/ Sarah Nagy
                          Sarah Nagy, Deputy Clerk